UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DEBOSE, JR., | No. C 14-5268 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| STATE OF CALIFORNIA; et al., | |
| Defendants. | |

Plaintiff's request for an extension of time to file a response to the order to show cause is GRANTED.  Docket # 9.  Plaintiff must respond to the order to show cause no later than **February 20, 2015**.

IT IS SO ORDERED.

Dated: January 23, 2015

_____
SUSAN ILLSTON
United States District Judge