UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DEBOSE,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>   Defendants._____/ | No. C 14-5268 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Donald R. DeBose filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed the complaint and found that it had numerous deficiencies; most importantly, the complaint failed "to provide a 'short and plain statement of the claim showing that the pleader is entitled to relief.'" Docket # 12 at 2. The court dismissed the complaint with leave to file an amended complaint by March 27, 2015, and cautioned that the action would be dismissed if the amended complaint was not filed by the deadline. *Id.* at 5. DeBose has not filed an amended complaint and the deadline by which to do so has long passed. Accordingly, this action is DISMISSED for failure to provide a short and plain statement of the claim showing that DeBose is entitled to relief. The clerk shall close the file.

IT IS SO ORDERED.

Dated: April 28, 2015

_____
SUSAN ILLSTON
United States District Judge