UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DEBOSE, | No. C 14-5268 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA; et al., | |
| Defendants. / | |

This action is dismissed for failure to provide a short and plain statement of the claim showing that plaintiff is entitled to relief.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 28, 2015

_____
SUSAN ILLSTON
United States District Judge