**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. DEBOSE,

       Plaintiff,

  v.

STATE OF CALIFORNIA; et al.,

       Defendants.
                                        /

No. C 14-5268 SI (pr)

**JUDGMENT**

    This action is dismissed for failure to provide a short and plain statement of the claim showing that plaintiff is entitled to relief.

    IT IS SO ORDERED AND ADJUDGED.

Dated: June 24, 2015

                                          _____
                                          SUSAN ILLSTON
                                          United States District Judge